

**Bell Law Group, PLLC**

116 Jackson Avenue
Syosset, New York 11791
T (516) 280-3008
F (516) 706-4692
BellLG.com

January 19, 2024

**Via ECF**
The Honorable Taryn A. Merkl
United States District Court
Eastern District of New York
225 Cadman Plaza, Courtroom 322 North
Brooklyn, New York 11201

          Re: *Albadani, et al. v. 21-01 Big Apple Deli, et al.*
          **Civil Docket No.: 23-cv-2607**

Dear Judge Merkl:

    Our office represents Plaintiff in the above referenced matter. This letter is submitted to respectfully request a short extension to January 24, 2024, to submit a status report as to mediation. The basis for this request was due to medical illness of the undersigned.

    We kindly thank Your Honor for your consideration of this request.

          Very truly yours,

          */s/ Matthew Madzelan*
          Matthew Madzelan, Esq.

5 Penn Plaza, 23rd Floor
New York, NY  10001

1629 K Street, NW, Suite 300
Washington, DC 20006

10750 NW 6th Court
Miami, FL  33168